FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 10, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIEL GRELLNER, individually and doing business as Venacore Inc.,<br><br>                  Plaintiff,<br><br>     v.<br><br>RODNEY D. RAABE, individually and on behalf of Sapheon Inc. and Sapheon LLC; SAPHEON INC., a California corporation; SAPHEON LLC, a California limited liability company; COVIDIEN HOLDING INC., a Delaware corporation; COVIDIEN LP, a Delaware limited partnership also known as Tyco Healthcare Group LP; and COVIDIEN SALES LLC, a Delaware limited liability company also known as Covidien LLC,<br><br>                  Defendants. | No.   2:15-CV-00189-SMJ<br><br>**ORDER DISMISSING CASE** |

Before the Court is the parties' Stipulated Motion to Dismiss, ECF No. 217. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(2), **IT IS HEREBY ORDERED**:

    **1.**    The stay in this matter is **LIFTED**.

Q:\SMJ\Civil\2015\Grellner v. Raabe et al-0189\stipulated.dismissal.docx

ORDER DISMISSING CASE **-** 1

2. The parties' Stipulated Motion to Dismiss, **ECF No. 217**, is **GRANTED**.

3. All claims and counterclaims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

4. All pending motions are **DENIED AS MOOT**.

5. All hearings and other deadlines are **STRICKEN**.

6. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 10th day of August 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge